Case 4:25-cv-01601   Document 23   Filed on 10/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Lynda Chinyere Sims, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. H-25-1601 |
| United States Citizenship and Immigration § | |
| Services, et al., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On October 8, 2025, Plaintiffs, Lynda Chinyere Sims, Rejoice Nmesoma Agbai, Treasure Amarachi Agbai and Trust Chidubem Agbai, filed a Notice of Voluntary Dismissal (docket no. 22) stipulating, to the voluntary dismissal of this action against all named Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE**.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this ___10th___ day of October, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE